UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

Plaintiff

Rushord Grayden

vs.

Rockford Rescue Mission

Defendant

CIVIL CASE NO.

RECEIVED
MAR 13 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

13 C 50086

## COMPLAINT

Asbestos exposure directly found in showering and other areas.

_Rashrod Hayden_
Signature

3441 Gladstone Ave.
Street Address

Rockford    IL    61101
City        State  Zip

779-427-9330
Phone Number